(104 So. 551)
**Ex parte John HARTLEY. (3 Div. 715.)**

(Supreme Court of Alabama. May 28, 1925.)

Certiorari to Court of Appeals.

Powell & Hamilton, of Greenville, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

SOMERVILLE, J. Petition of John Hartley for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of John Hartley v. State, 20 Ala. App. 588, 104 So. 550.

Writ denied.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.